UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JULIANNE JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-0526 (UNA) |
| | ) | |
| PRESIDENT BIDEN, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* (ECF No. 2) and *pro se* complaint (ECF No. 1). The Court GRANTS the application, and for the reasons discussed below, DISMISSES the complaint and this civil action without prejudice.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense, and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges she "wrote 2 scientifically engineered books," and those who read the books advance "from a level 1 . . . to high school comprehension level in days[.]" Compl. at 1. She demands "funding to run a residential program" for children in foster care, *id.*, so that they will not "become adults without a high school diploma," *id.* at 2. Plaintiff does not "want them committing crimes, rapes and murders just for basic needs such as a place to stay, food to eat, etc." *Id.* She demands an award of $50 million "for bringing this information forward." *Id.*

As drafted, plaintiff's complaint fails to meet the minimal pleading standard set forth in Rule 8(a). The complaint's factual allegations are far too vague and conclusory to articulate a viable legal claim or to give the named defendant reasonable notice of the claim(s) against him. An Order is issued separately.

                                                      AMIT P. MEHTA
                                                      United States District Judge

DATE: May 6, 2024